UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA,

John Robert Demos, JR.,

Plaintiff(s),

v.

Robert Ferguson, Ronald Haynes,
Nicholas Brown, Tim Lang,
John Doe (D.O.C. Medical Director)
John Doe (AHCC Medical Director)
ET al.,

Defendant(s).

CASE NO. 3:25-cv-05266-TL-BAT
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: John Robert Demos
Street Address: 11919 Sprague Avenue
City and County: Airway Heights,
State and Zip Code: Washington, 99001
Telephone Number: No-Telephone

COMPLAINT FOR A CIVIL CASE - 1

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Robert Ferguson
Job or Title (if known): Governor of Washington State
Street Address: The State Capitol
City and County: Olympia, WA.
State and Zip Code:
Telephone Number:

Defendant No. 2

Name: Nicholas Brown
Job or Title (if known): State Attorney General
Street Address: 1125 Washington Street S.E.
City and County: Olympia, WA.
State and Zip Code:
Telephone Number:

Defendant No. 3

Name: Ronald Haynes
Job or Title (if known): Airway Heights Correctional Center Superintendent
Street Address: 11919 Sprague Avenue
City and County: Airway Heights,
State and Zip Code: Washington
Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

DEFENDANT # 5
    John Doe
    D.O.C. Medical Director
    D.O.C. Headquarters Building
    Tumwater, WA.,

DEFENDANT # 6
    John Doe
    Airway Heights Medical Director
    11919 Sprague Avenue
    Airway Heights, WA.,

Defendant No. 4

Name __Tim Lang__
Job or Title *(if known)* __D.O.C. SECRETARY__
Street Address __D.O.C. Headquarters Building__
City and County __Tumwater,__
State and Zip Code __Washington__
Telephone Number

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__28 USC 1331, 1332,__
__42 USC 1981 - 2000,__
__Acts of Congress,__

Pro Se 1 2016

B. If the Basis for Jurisdiction Is Diversity of Citizenship

    1. The Plaintiff(s)

        a. If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b. If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2. The Defendant(s)

        a. If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b. If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____. Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*)_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Imminent Danger – 587 F.3d 415, 279 F.3d 526,

A: Plaintiff Demos asserts that he has been medically diagnosed, as suffering from a serious eye disease known "Uncontrollable Glaucoma".

If not correctly, adequately, and correctly treated, John Demos could "Go Blind".

Various Medical Doctors who are under contract with D.O.C. have given "contradictory" diagnosis as to the gravity of Demos' Glaucoma.

This conflict in opinion places Demos at grave risk, 119 F.4th 78, due to the fact that Demos recieves less treatment for eyes from opthamologists who claim Demos' Glaucoma is mild, and more extensive treatment from opthamologists who assert that if not vigorously treated I will go blind in about 12 months from the developing "cataracts" that's forming over my eyes, like frost over a windowpane.

Clearly, According to a "split opinion" amongst various optamologists, "Demos is in grave jeopardy of losing his eyesight".

The optamologists who assert that my disease is not grave, sit on the borderline of malpractice, and the denial of adequate medical treatment.

Can the Court Intervene?
Will the Court Intervene?

# Grounds For Relief - Imminent Danger - 239 F.3d 307,

**A:** The Circuits are split/divided over whether 28 USC 1915(G) authorizes a claim-by-claim determination of imminent danger, 112 F.4th 495,

Can the lower U.S. District Court resolve this case, and controversy?

**B:** The Circuits are divided over whether a litigant must show imminent danger at the time the complaint or appeal is filed, or at the time of the incident, 319 F.3d 1048 (8th Cir) 775 F.3d 1182 (9th Cir)

**C:** Does 28 USC 1915(G) as enacted, enforced, and applied completely close the courthouse door to a (3) strike litigant, 147 F.3d 715, 281 F.3d 709,

**D:** Plaintiff Demos illustrates in this complaint, specific factual allegations of ongoing serious physical injury, or, of a pattern of misconduct evidencing the likelihood of imminent serious physical injury, 319 F.3d at 1050, 493 F.3d 1047,

**E:** The Circuits are divided over whether the lower District Courts are authorized to conduct a "narrow evidentiary inquiry" if the initial grant of informa pauperis status is challenged by the defendant, into the prisoner-litigants fear of imminent danger, 921 F.2d 89, 116 F.3d 83, 239 F.3d 307, 623 F.3d 483, 921 F.3d at 95, 123 F. App'x 365, 778 F. App'x 663, 452 F. App'x 292,

# Grounds For Relief — Imminent Danger — 727 F.3d 580,

1. The 9th Circuit Reviews De Novo, A District Courts determination Interpretation, And Application of 28 USC 1915(G), 964 F.3d 684, And begin with The Statutes plain language 20 F.4th 416, Does "Civil Action" mean The 3 strikes prisoner's Entire case, or Appeal? Or does it mean or Refer To Each Individual Claim That is Part of The Entire Case? 112 F.4th 495,

2. If some of Demos' claims were dismissed For Reasons "other than" Frivolous, Malicious, or For Failure To State A Claim, Can Demos be Credited with A strike? The Circuits Are split over This Issue. 688 F.3d 463, 654 Fed. Appx. 250, 635 F.3d 646,
   Can The lower U.S. Dist. Court Resolve This Issue?

3. 28 USC 1915A(b) does not list A 3-striker's Failure To Allege Imminent Danger As one of The Reasons That A screening district court may dismiss certain claims From The lawsuit.

1.    3.    The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

_____

_____

_____

### III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.* The (6) Named Defendants have failed to adequately supervise their medical subordinates, such as the optometrists who have been delegated the responsibility, for a fee, to try and treat Plaintiff's serious Glaucoma Eye Disease. The "squabbling, & disagreements amongst the optometrists makes Plaintiff wonder if they are "licensed," due to the lack of medical concurrence, unanimity, and consensus.

### IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.* I seek any and all relief that the court deems to be necessary and proper. Plaintiff Demos seeks $2,000,000.00 in all-purpose mental, physical, emotional, psychological, social, human, spiritual, & moral damages, as being necessary & proper, and not an absurd claim for relief.

### V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff  *John Robert Demos*

Printed Name of Plaintiff  John Robert Demos

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

# Notarized Identity Verification

John Robert Demos
11919 Sprague Avenue
Spokane, WA. 99001

I hereby represent that all above information is true and accurate.

Signature: *John Robert Demos*
John Robert Demos

State of: Washington

County of: Spokane

I hereby certify that on this 21st day of March, 2028 personally appeared before me the signer and subject of the above form, who signed or attested to the same in my presence, and presented the following form of identification as proof of his or her identity.

- ☐ Drivers license or Gov't Identification card
- ☐ U.S. Passport
- ☐ U.S. Military I.D. Card
- ☐ State Identification Card
- ☐ Social Security Card
- ☐ Birth Certificate
- ☒ Other Dept. of Corr. DD

Notary Public: Neil Christenson
PRINT NAME

My Commission Expires: 5/10/26

Notary Public Signature: *Neil Christens*

[Notary Seal: NEIL CHRISTENSON, COMMISSION EXPIRES, NOTARY Comm No. 22019366, PUBLIC 05/10/2026, STATE OF WASHINGTON]

Notary Seal