1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  JOHN ROBERT DEMOS, JR.,

9                Plaintiff,                    CASE NO. C25-5266-TL

10     v.                                      **ORDER ON REPORT AND**

11  ROBERT FERGUSON, *et al.*,                 **RECOMMENDATION**

12               Defendants.

13

14      Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida,

15  United States Magistrate Judge, any objections or responses to that, and the remaining record,

16  the Court finds and ORDERS:

17      (1)    The Court ADOPTS the Report and Recommendation.

18      (2)    Plaintiff's proposed complaint (Dkt. 1-1) is dismissed without prejudice, the IFP

19  application is denied (Dkt. 1), and this case is closed.

20      (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

21  Tsuchida.

22

23

ORDER - 1

Dated this  18th  day of  April , 2025.

_____
TANA LIN
United States District Judge

ORDER - 2